IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Robinson, Pleze  
Robinson, Verdine  
Printed: 11/25/08

Case Number: 06 B 08721  
Judge: Wedoff, Eugene R  
Filed: 7/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008  
Confirmed: December 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 26,152.74 |  |
| Secured: |  | 20,353.67 |
| Unsecured: |  | 1,731.65 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,367.42 |
| Other Funds: |  | 200.00 |
| Totals: | 26,152.74 | 26,152.74 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 39,579.03 | 20,353.67 |
| 4. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 44.45 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 169.81 | 0.00 |
| 7. | Fingerhut | Unsecured | 15.37 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 564.97 | 1,731.65 |
| 9. | Capital One | Unsecured | 174.60 | 0.00 |
| 10. | Capital One | Unsecured | 289.33 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 629.85 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 79.77 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 192.87 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 175.07 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 280.59 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 199.85 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 21.83 | 0.00 |
| 18. | Capital One | Unsecured | 264.73 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 180.53 | 0.00 |
| 20. | B-Line LLC | Unsecured | 255.70 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 184.88 | 0.00 |
| 22. | Bp Oil/Citibank | Unsecured |  | No Claim Filed |
| 23. | Bp Oil/Citibank | Unsecured |  | No Claim Filed |
| 24. | CitiFinancial | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |
| 26. | CitiFinancial | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Robinson, Pleze
Robinson, Verdine
Printed: 11/25/08

Case Number: 06 B 08721
Judge: Wedoff, Eugene R
Filed: 7/21/06

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 45,803.23 | $ 24,585.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 86.30 |
| 4.8% | 460.67 |
| 5.4% | 640.44 |
| 6.5% | 180.01 |
| | $ 1,367.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

